UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Myrna Yvette Hementakis et al_   CIVIL NO. _98-1473_ (DRD)

v.

Defendant(s) _Municipality of San Juan et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _25_ | ☐ GRANTED. |
| Date: _July / 14 / 1999_ | ☑ DENIED. |
| Title: _Motion Clarifying "motion to withdraw non-resident bond"_ | ☐ MOOT. |
| | ☐ NOTED. |
| | Counsel's motion is Denied without prejudice of being filed again with adequate documentation to support Counsel's request. |

RECEIVED & FILED
1999 OCT 14 AM 8:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Date: _October / 14 / 1999_.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE